Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

**FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

**09 CV 0726**

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.   Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Riland Bryant  07A6919
2. _____

*FILED AUG 19 2009  MICHAEL J. ROEMER, CLERK  WESTERN DISTRICT OF NY*

-VS-

**B.   Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Melvin Williams, Supt.
2. Rickey Reynolds, CO.
3. _____
4. _____
5. _____
6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Riland Bryant
Present Place of Confinement & Address: Marcy Corr. Facility
Box 3600
Marcy, N.Y. 13403-3600

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: MELVIN WILLIAMS

(If applicable) Official Position of Defendant: SUPERINTENDENT

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: COUNTRY ROAD 132, P.O. Box 303, Willard, N.Y. Willard Drug Treatment Campus

Name of Defendant: Rickey Reynolds

(If applicable) Official Position of Defendant: CORRECTIONS OFFICER

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: COUNTRY ROAD 132, P.O. Box 303, Willard, N.Y. Willard Drug Treatment Campus

Name of Defendant: DEPARTMENT OF CORR. SERVICES

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: Harriman Building #2, 1220 WASHINGTON AVE ALBANY, N.Y.

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
   Yes_____  No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No____

   If not, give the approximate date it was resolved._____

   Disposition (check the statements which apply):

   ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ____ By court for failure to exhaust administrative remedies;

   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ____ By court due to your voluntary withdrawal of claim;

   ____ <u>Judgment</u> upon motion or after trial entered for

   ____ plaintiff

   ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

   Yes____ No ✓

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   _____

   Defendant(s):_____

   _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No ✓

   If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include <u>all</u> possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) 4-9-08 at approximately 6:45am, defendant (give the **name and position held** of **each defendant** involved in this incident) C.O. Ricky Reynolds

did the following to me (briefly state what each defendant named above did): For no apparent reason I was without warning, grabbed from behind and forced from my assigned seat and thrusted to the floor by C.O. Rickey Reynolds. He then proceeded to drag me across the C-Mess Hall floor. While I was discombobulated from his attack I then received several kicks to my back area from C.O. Rickey Reynolds.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: failure to abide by job description custody, care, and control

The relief I am seeking for this claim is (briefly state the relief sought): for pain and suffering, mental anguish I seek approximately the sum of $1,000,000.00 as relief

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No   If yes, what was the result? Negative

Did you appeal that decision? ✓ Yes ___ No   If yes, what was the result? Negative

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**A. SECOND CLAIM:** On (date of the incident) 4-9-08, at approximately 6:45am, defendant (give the **name and position held** of **each defendant** involved in this incident) Melvin Williams, Superintendent, knew of the incident and did nothing to remedy

5

did the following to me (briefly state what each defendant named above did): C.O. Rickey Reynolds decided to go outside the relm of his job description by causing bodily harm to me. He grabbed me from behind, threw me to the floor and proceeded to drag me across the C-Mess Hall floor, then C.O. Rickey Reynolds started kicking me in my back area without remorse

The constitutional basis for this claim under 42 U.S.C. § 1983 is: failure to abide by job description, custody, care, and control

The relief I am seeking for this claim is (briefly state the relief sought): In relief I seek approximately one million dollars for the pain and suffering, mental anguish

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim?  ✓ Yes  ___ No   If yes, what was the result? ___

Did you appeal that decision?  ✓ Yes  ___ No   If yes, what was the result? ___

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: ___

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

For their failure to OFFER Equal protection and for the excessive force, pain and suffering, and mental anguish. I am seeking approximately one million dollars

Do you want a jury trial? Yes ___ No ✓

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 29, 2009
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*Riland Bryant*
*Pro-Se*

Signature(s) of Plaintiff(s)

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  ) ss:
COUNTY OF CAYUGA  )

_Richard Bryant 02A1919_, being duly sworn, deposes and says:

That on the 29th day of June 2009, I served a true and accurate copy of the enclosed papers, and mailed such upon the following:

Clerk: Brian P. Comerford
United States District Court
Western District of New York
U.S. Courthouse, 68 Court Street
Albany, N.Y. 14202-4850

Department of Corr. Services
Harriman - Building #2
1220 Washington Ave.
Albany, N.Y.

Melvin Williams, Supt.
Rickey Reynolds, C.O.
Willard Drug Treatment Campus
Country Road 132 - P.O. Box 303
Willard, N.Y.

Respectfully Submitted

_Richard Bryant_

Sworn to before me this 1st day of July 2009

_Doris M Hansen_
NOTARY PUBLIC

Doris M Hansen
Notary Public in the State of New York
Qualified in Cayuga Co. No. 2265
My Commission Expires Jan. 22, 1993 2011

## VERIFICATION

STATE OF NEW YORK)
                      )SS.:
COUNTY OF ONEIDA )

RILAND BRYANT, 07A6919, being duly sworn, deposes and says:

That I am the claimant in the above entitled action and that he has read the foregoing claim and know its contents; the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

*Riland Bryant*

Marcy Correctional Facility
P.O. Box 3600
Marcy, New York 13403-3600

Sworn To Before Me This

27th Day Of July, 20 09

_____
NOTARY PUBLIC

BRENT L. ROGERS
Notary Public in the State of New York
Qualified in Madison County 01RO6202020
My Commission Expires March 9, 20 13